**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| DENISE MITCHELL, | NO. 2:11-CV-00425-LKK-DAD |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER CONTINUING THE STATUS [PRETRIAL SCHEDULING] CONFERENCE** |
| BARD ACCESS SYSTEMS; DOES 1 TO 100 | |
| Defendant. _____/ | Date:       July 25, 2011<br>Time:       10:00 a.m.<br>Courtroom: 4<br>Judge:      Lawrence K. Karlton |

    Plaintiff, DENISE MITCHELL, by and through her attorney, Stewart C. Altemus, and Defendant, BARD ACCESS SYSTEMS, INC. by and through its attorney, Thomas Frieder, hereby stipulate and seek Court approval for the following:

**STIPULATION**

    Since the last Stipulation and Order continuing the Status (Pretrial Scheduling) Conference granted by this Court on April 15, 2011, the attorney for the Plaintiff, Stewart C. Altemus, diagnosed with tonsil cancer, had been undergoing intensive chemotherapy and radiation treatments. Mr. Altemus's physicians had expected that he would be able to return to work in mid to late June following the conclusion of his treatments. However, due to an unexpected hospitalization in May and the effects of the chemotherapy and radiation treatments, Mr. Altemus's physicians have now advised him that he will not be able to return to work full time until the end of July. Accordingly, Mr. Altemus would be unable to participate in the Status (Pretrial Scheduling) Conference presently scheduled herein for July 25, 2011 and he would be

unable to meet and confer and participate in the preparation of the Joint Status Conference Statement due 14 days prior to the hearing.

Therefore, the parties request that the Status Conference be continued to a date in October of 2011 to allow Mr. Altemus to recover from his chemotherapy and radiation treatments and to return to his office. The parties also request that the Status Report which is presently required to be filed on or before July 11, 2011, be filed 14 days prior to the new Status Conference date set by the Court and that initial disclosures are due 7 days prior to the new Status Conference date set by the Court.

Dated: July 6, 2011.   ALTEMUS & WAGNER

/s/ Stewart C. Altemus

Stewart C. Altemus

Attorneys for Plaintiff

Dated: July ___, 2011.   HASSARD BONNINGTON

/s/ Thomas M. Frieder

Attorneys for Defendant

**ORDER**

For good cause and pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. That the Status Conference presently set for July 25, 2011 at 10:00 a.m. be continued to October 17, 2011 at 11:30 a.m.

2. That the Status Report required pursuant to paragraph 8 of the Order Setting Status (Pretrial Scheduling) Conference be modified to allow filing of the Status Report 14 days preceding the new Status Conference date.

3. That initial disclosures be due 7 days preceding the new Status Conference date.

Dated: July 14, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT