**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

DENISE MITCHELL,

          Plaintiffs,

  vs.

BARD ACCESS SYSTEMS;
DOES 1 TO 100

          Defendant.

_____/

NO. 2:11-CV-00425-LKK-DAD

**STIPULATION AND ORDER CONTINUING THE STATUS [PRETRIAL SCHEDULING] CONFERENCE**

Date:       October 17, 2011
Time:      11:30 am
Courtroom:  4
Judge:     Lawrence K. Karlton

     Plaintiff, DENISE MITCHELL, by and through her attorney STEWART C. ALTEMUS, and Defendant, BARD ACCESS SYSTEMS, by and through its attorney THOMAS M. FRIEDER hereby stipulate as follows:

     IT IS HEREBY STIPULATED by and between the parties hereto that the Status [Pretrial Scheduling]  Conference hearing presently scheduled for **October 17, 2011**, be continued to a date to be set by the Court.

     The grounds for the stipulation are as follows:

     1. In early February 2011, Plaintiff's attorney, Stewart C. Altemus, was diagnosed with tonsil cancer and has undergone three surgeries as a result of his cancer.  In March of 2011 he began intensive chemotherapy and radiation treatments which were not completed until the end of May.  During that time he was absent from his office and continues to be absent full time from his office.  Mr. Altemus's physicians originally indicated that he would be able to return to work

1    in mid to late September.   However, his physicians have now advised him that due to his on-

2    going recovery from his cancer treatments he will be  unable to return to work full time until late

3    November, 2011.  As a result of his absence from his office he has been unable to meet and

     confer with Defendant's counsel for preparation of a joint status report as required by the Court

4    and will be unable to personally attend the hearing presently scheduled for October 17, 2011.

5              Accordingly, the parties to this stipulation request that the Status [Pretrial Scheduling]

6    Conference be rescheduled to a date to be selected by this Court.

7    Dated: September 28, 2011.                   ALTEMUS & WAGNER

8                                                 /s/ Stewart C. Altemus

                                                  Stewart C. Altemus
9
                                                  Attorneys for Plaintiff
10

11   Dated: September 28, 2011.                   HASSARD BONNINGTON

                                                  /s/ Thomas M. Frieder
12
                                                  Attorneys for Defendant
13

14                                    **ORDER**

15

16             For good cause and pursuant to the above Stipulation of the parties,

17             IT IS HEREBY ORDERED as follows:

18             1.  That the Status [Pretrial Scheduling] Conference presently set for October 17, 2011 at

19   11:300 a.m. be continued to December 19, 2011 at 3:30 p.m. in Courtroom 4 of the above-

20   entitled Court.

21             2.  That the Status Report required pursuant to paragraph 8 of the Order Setting Status

22   (Pretrial Scheduling) Conference be modified to allow filing of the Status Report 14 days

23   preceding the new Status Conference date.

24             3.  That initial disclosures be due seven (7) days preceding the new Status Conference

25   date.

26             Dated: October 3, 2011.

27                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
28                                    UNITED STATES DISTRICT COURT