**ALTEMUS & WAGNER**
**ATTORNEYS AT LAW**
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| DENISE MITCHELL,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BARD ACCESS SYSTEMS;<br>DOES 1 TO 100<br>　　　　　Defendant.<br>_____/ | NO. 2:11-CV-00425-LKK-DAD<br><br>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL STATUS CONFERENCE AND ORDER THEREON<br><br>Date:　　　December 19, 2011<br>Time:　　　3:30 p.m.<br>Courtroom:　4<br>Judge:　　　Lawrence K. Karlton |

　　　Plaintiff, DENISE MITCHELL, by and through her attorney, Stewart C. Altemus, requests permission to appear telephonically at the Initial Status Conference on December 19, 2011 in Courtroom 4 before the Honorable Lawrence K. Karlton, Judge Presiding.

　　　The grounds for this request are as follows:

　　　Monday, December 19, 2011, is a law and motion day in Shasta County Superior Court in Redding. At the present time on December 19th, Plaintiff's counsel has two law and motion matters scheduled for 9:00 a.m., one at 10:30 a.m. and a mandatory settlement conference at 1:30 p.m. in the matter of *Rynearson v. Cousin Gary's Mobile Home* where a personal appearance is required. Accordingly, he would be unable to be personally present in Sacramento for the Initial Status Conference in this matter at 3:30 p.m.

1  Accordingly, Plaintiff's counsel respectfully requests that he be allowed to appear
2 telephonically at the hearing on December 19, 2011 at 3:30 p.m.
3 Dated: November 16, 2011.                ALTEMUS & WAGNER

                                          /s/ Stewart C. Altemus
                                          Attorney for Plaintiff

## **ORDER**

   IT IS HEREBY ORDERED that Stewart C. Altemus be and is hereby allowed to appear telephonically at the Initial Status Conference on December 19, 2011, at 3:30 p.m. in Courtroom 4 of this Court.

   Stewart Altemus's telephone number is (530) 242-8800.

   Dated: November 17, 2011.


                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1255 Sacramento Street, Redding, California 96001. On the date indicated below, I served true copies of the following document(s):

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE INITIAL STATUS CONFERENCE AND ORDER THEREON**

__x__  **by mail** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is given the correct amount of postage and is deposited that same day in a United States mailbox in the City of Redding, California.

_____  **by overnight delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at Altemus & Wagner, mail placed in that designated area is picked up that same day for delivery the following business day.

_____  **by facsimile transmission**, in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile number(s) indicated, I caused such documents to be telefaxed to the designated fax numbers.

_____  **by personally delivering** a true copy thereof to the person and at the address set forth below.

Thomas M. Frieder
Hassard Bonnington
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
Facsimile (415) 288-9801

Executed on November 16, 2011 at Redding, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Bonnie Prather
Bonnie Prather