HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Email: tmf@hassard.com
KENDRA J. PAPPAS, ESQ., State Bar No. 226992
Email: kjp@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone (415) 288-9800
Fax (415) 288-9801

DAVID COONER, ESQ. (*Pro Hac Vice*)
Email: dcooner@mccarter.com
ZANE RIESTER, ESQ. (*Pro Hac Vice*)
Email: zriester@mccarter.com
McCARTER & ENGLISH LLP
4 Gateway Center
11 Mulberry Street
Post Office Box 652
Newark, NJ 07102
Telephone: (973) 622-4444
Fax: (973) 624-7070

Attorneys for Defendant
BARD ACCESS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MITCHELL,<br><br>           Plaintiff,<br><br>     vs.<br><br>BARD ACCESS SYSTEMS, and DOES 1 through 100,<br><br>           Defendants. | Case No. 2:11-CV-00425-LKK-CKD<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT BARD ACCESS SYSTEMS, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); ORDER** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, Plaintiff DENISE MITCHELL and Defendant BARD ACCESS SYSTEMS, INC., by and through their respective counsel, stipulate that Plaintiff's claims in

-1-

the above-captioned action be and hereby are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

    IT IS SO STIPULATED.

### CERTIFICATION

    I, Thomas M. Frieder, hereby certify and affirm that the undersigned counsel, Stewart C. Altemus and David Cooner, have authorized me to affix their electronic signatures to this Stipulation and [Proposed] Order.

Dated:   March 20, 2013            HASSARD BONNINGTON LLP

    /s/ Thomas M. Frieder
Thomas M. Frieder
Attorneys for Defendant
BARD ACCESS SYSTEMS, INC.

Dated:   March 20, 2013            McCARTER & ENGLISH, LLP

    /s/ David Cooner
David Cooner (*Pro Hac Vice*)
Attorneys for Defendant
BARD ACCESS SYSTEMS, INC.

Dated:   March 20, 2013
    ALTEMUS & WAGNER

    /s/ Stewart C. Altemus
Stewart C. Altemus
Attorneys for Plaintiff
Denise Mitchell

ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that:

This action and all claims by Plaintiff Denise Mitchell herein are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

The Clerk shall close this file.

**IT IS SO ORDERED.**

DATED: March 22, 2013.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```